UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

USA,

        Plaintiff,

    v.                                        Case No. 4:13-cr-066-01

Horatio Lopez
a/k/a/ Happy,

        Defendant.

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date:   January 31, 2014 |
| Bismarck, North Dakota | Time:   10:00 a.m. |
| Court Reporter: Sandie Ehrmantraut | Recess: 10:55 a.m. |
| Proceeding:  Change of Plea | Clerk:   Judy L. Reile |
| Appearances: | USPO:   Kera Helderop |

        Rick L. Volk, AUSA, for Plaintiff
        Alexander F. Reichert, CJA Attorney, for Defendant

Court in session – Defendant present.
Court notes appearance of counsel and summarizes the procedural history of the case.
Government summarizes contents of plea agreement.
Defendant sworn.
Court inquires as to Defendant's background.
Defendant informed of maximum penalties and fines.
Defendant advised of constitutional rights.
Defendant informed of Sentencing Guidelines and Court's ability to depart.
Court reviews the plea agreement with Defendant.
Defendant provides factual bases for pleas.
Defendant enters pleas of guilty to Counts One and Two of the Indictment.
Court accepts the pleas.
Court orders a Presentence Investigation Report (PSIR).
Sentencing date will be scheduled at a later time.
Court in recess.